

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00327-CR

**EX PARTE** Martin **MARCOS-CALLEJAS**,
Appellant

From the County Court, Jim Hogg County, Texas
Trial Court No. 1034C
Honorable Greg Perkes, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying Martin Marcos-Callejas's application for pretrial writ of habeas corpus is REVERSED, and this cause is REMANDED to the trial court with instructions to discharge Marcos-Callejas from bail and dismiss with prejudice the information charging Marcos-Callejas with misdemeanor criminal trespass.

SIGNED May 15, 2024.

Liza A. Rodriguez, Justice